IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK BENDER,

    Plaintiff,

v.                                                                                  Civ. No. 22-646 KWR/GBW

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS

The parties reached a settlement at the settlement conference conducted by the Court.  *Doc. 12*.  Therefore, IT IS HEREBY ORDERED that Plaintiff shall file closing documents no later than **December 21, 2022**, absent a request showing good cause for an extension.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE