IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK BENDER

    Plaintiff,

v.                                        No. 1:22-cv-00646-KWR-GBW

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion to Dismiss with Prejudice (**Doc. 14**) and the Court having been fully informed in the premises, **HEREBY FINDS** that the Motion is **WELL TAKEN** and should be **GRANTED.**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff Mark Bender's Complaint and all claims made or which could have been made against Defendant Allstate Indemnity Company are hereby **DISMISSED WITH PREJUDICE**. Each party **SHALL BEAR** their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**APPROVED BY:**

GUBERNICK LAW, P.L.L.C.

By: *Approved via email on 12.13.22*
    Benjamin Gubernick
    1070 W. Indian School Rd.
    Ste. 19PMB 12
    Phoenix, AZ 85037
    623.525.6961
    Ben@gubernicklaw.com

And

    Todd J. Bullion
    LAW OFFICE OF TODD J. BULLION
    4811 Hardware Dr. NE
    Bldg. D, Suite 5
    Albuquerque, NM 87109
    505.452.7674
    todd@bullionlaw.com

*Attorneys for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya
    Sonya R. Burke
    Post Office Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico  87103-2168
    Telephone: (505) 848-1800

*Attorneys for Defendant Allstate*

*W4572635.DOCX*